**Order entered December 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01184-CR

**DEMPSTER A. ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80539-2014**

## ORDER

The Court **REINSTATES** the appeal.

On December 5, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On December 18, 2014, we received the record. Therefore, in the interest of expediting the appeal, we **VACATE** the December 5, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     ADA BROWN
        JUSTICE